■ In the Matter of ANTHONY ZAPPIN, Petitioner, v DEBORAH A. KAPLAN et al., Respondents. [995 NYS2d 533]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, and said proceeding having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto

filed October 24, 2014, it is unanimously ordered that the application be and the same hereby is deemed withdrawn in accordance with the terms of the aforesaid stipulation, without costs or disbursements. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Richter and Feinman, JJ.